OFFICES OF

**PAVONE & FONNER, LLP**

A LAW PARTNERSHIP

**BENJAMIN PAVONE, ESQ., SBN 181826**
7676 HAZARD CENTER DRIVE, 5TH FLOOR
SAN DIEGO, CALIFORNIA  92108
TELEPHONE: 619 224 8885
FACSIMILE: 619 224 8886
EMAIL: bpavone@cox.net

ATTORNEYS FOR PLAINTIFFS

FUTTERMAN DUPREE DODD
CROLEY MAIER  LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
mdodd@fddcm.com
jdupree@fddcm.com
jtouchstone@fddcm.com

Attorneys for Defendant J. Clark Kelso

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAMIRANO, MARLON, *et al.*,<br><br>         PLAINTIFFS,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>         DEFENDANTS. | **Case No.** 1:15-cv-00607-LJO-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

Plaintiffs Marlon Altamirano, *et al.* ("Plaintiffs") and Defendant J. Clark Kelso ("Defendant Kelso"), by and through their undersigned counsel, stipulate as follows:

1. This case was filed on April 17, 2015. After being transferred to this Court, the Court issued an order setting a scheduling conference on August 10, 2015.

2. Because this case is related to *Smith et al. v. Schwarzenegger et al.*, 1:14-cv-00060-LJO-SAB ("*Smith*"), which is presently awaiting a potentially case-dispositive ruling from the district court, this case, *Altamirano*, will likely track both the scheduling of *Smith* and the outcome of its ruling. Accordingly, as discussions about a litigation schedule should follow that ruling, the parties stipulate to continue this matter for approximately (30) days, to a date convenient to the Court's calendar.

So stipulated.

Dated: August 4, 2015                             FUTTERMAN DUPREE DODD
                                                  CROLEY MAIER LLP

                                                  By: /s/Martin H. Dodd

                                                  Martin H. Dodd

                                                  Attorneys for Defendant J. Clark Kelso


Dated: August 4, 2015                             PAVONE & FONNER, LLP

                                                  Benjamin Pavone, Esq.
                                                  Attorneys for Plaintiffs

**ORDER**

Based on the Stipulation of the parties as set forth above, and good cause having been shown, it is hereby ORDERED that the scheduling conference set for August 10, 2015, and its related obligations (Dkt. No. 9), is continued to September 29, 2015 at 1:30 p.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:  **August 4, 2015**

UNITED STATES MAGISTRATE JUDGE