# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON ALTAMIRANO, et al., | 1:15-cv-607-LJO-SAB |
| Plaintiffs, | ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT J. CLARK KELSO (DOC. 16) |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On August 12, 2015, Plaintiffs filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 16 at 1. Plaintiffs request that the Court issue an order dismissing the complaint without prejudice against Defendant J. Clark Kelso only.

Based on Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES the complaint without prejudice against Defendant J. Clark Kelso only.

**IT IS SO ORDERED**
**Dated: August 13, 2015**

　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

1