# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON ALTAMIRANO, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants. | Case No.  1:15-cv-00607-LJO-SAB<br><br>ORDER CONVERTING SCHEDULING CONFERENCE TO STATUS CONFERENCE AND CONTINUTING TO OCTOBER 16, 2015 |

   The Court finds that it is in the interest of conservation of the resources of the parties and judicial economy to convert the scheduling conference in this action to a status conference and continue the status and scheduling hearings in all these related actions to the same date. Accordingly, the scheduling conference in this action shall be converted to a status conference and continued from September 29, 2015 to October 16, 2015 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **September 16, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1