# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON ALTAMIRANO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00607-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO EITHER FILE AN EXECUTED NOTICE OF SERVICE OF SUMMONS OR SERVE THE COMPLAINT WITHIN TWENTY DAYS |

On April 17, 2015, Plaintiffs filed a complaint alleging violations of the Eighth Amendment. (ECF No. 1.) On April 23, 2015, this action was related to <u>Smith v. Schwarzenegger</u>, 1:14-cv-00060-LJO-SAB (E.D. Cal), and <u>Jackson v. State of California</u>, 1:13-cv-01055-LJO-SAB (E.D. Cal.), and reassigned to the undersigned. (ECF No. 7.) Plaintiffs and Defendant Kelso filed a stipulation for an extension of time for him to respond to the complaint. Defendant Kelso was dismissed from this action on August 13, 2015. (ECF No. 17.)

However, Plaintiffs have not filed an executed notice of service of summons, Local Rule 135(c), and no other Defendant has appeared in this action.

/ / /

/ / /

/ / /

/ / /

1

1    Based on the foregoing, Plaintiffs are HEREBY ORDERED to either file an executed
2 notice of service of summons or serve Defendants in this action with a summons and copy of the
3 complaint within twenty days of the date of service of this order.

IT IS SO ORDERED.

Dated:    **November 4, 2015**

UNITED STATES MAGISTRATE JUDGE