# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON ALTAMIRANO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00607-LJO-SAB<br><br>ORDER ON STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 31) |

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendants to file a responsive pleading in this matter is extended to March 1, 2016.

IT IS SO ORDERED.

Dated:   **January 11, 2016**　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1