# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON ALTAMIRANO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 1:15-cv-607-LJO-SAB<br><br>**ORDER RE PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS J. CLARK KELSO AND ROBERT SILLEN (Doc. 33)** |

On January 29, 2016, Plaintiffs filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 33 at 1. Plaintiffs request that the Court issue an order dismissing the complaint without prejudice against Defendants J. Clark Kelso and Robert Sillen only.

Based on Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES the complaint without prejudice against Defendants J. Clark Kelso and Robert Sillen only.

IT IS SO ORDERED.

Dated: **February 1, 2016**         /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1